■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONOVEION D. GRIFFIN, SR., Appellant. [821 NYS2d 475]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Copertino, J.), rendered December 1, 2003, convict-

ing him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the prosecution engaged in misconduct during cross-examination and on summation is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Tonge,* 93 NY2d 838 [1999]; *People v Pearson,* 29 AD3d 711 [2006]; *People v Aponte,* 28 AD3d 672 [2006]).

In any event, any error was harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Hernandez,* 248 AD2d 727 [1998]; *People v Palmer,* 222 AD2d 532, 533 [1995]; *People v Douglas,* 149 AD2d 613 [1989]). Florio, J.P., Skelos, Fisher and Dillon, JJ., concur.